```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 15533
   ANDRAE ADAMS
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-2402

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 08/27/07 .

     2.  The case was dismissed without confirmation, 10/19/2007.

------------------------------------------------------------------------------
CREDITOR NAME                 CLASS         CLAIM AMOUNT       INTEREST        PRINCIPAL
                                                                PAID            PAID
------------------------------------------------------------------------------

        Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED      OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00          .00          .00        .00           .00
PRINCIPAL PAID           .00          .00          .00        .00           .00
INTEREST PAID            .00          .00          .00        .00           .00
TOTAL PAID               .00          .00          .00        .00           .00
The Debtor's attorney, PRO SE DEBTOR                   , was allowed $       .00
and was paid $        .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .




        Dated: 01/14/08              /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```

PAGE   2
CASE NO. 07 B 15533 ANDRAE ADAMS